BERNDT INGO BRAUER
STATE BAR NO. 96699
111 WEST SAINT JOHN STREET
SUITE 555
SAN JOSE, CALIFORNIA 95113
TEL. (408) 275-1290 FAX 275-1396

Attorney for Defendant
GUADALUPE BARRON

FILED
AUG 2 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>GUADALUPE BARRON,<br>Defendant. | No.: 06-CR-247 AWI<br>STIPULATION AND PROPOSED ORDER FOR RECONVEYANCE OF REAL PROPERTY |

FOR GOOD CAUSE APPEARING and based upon stipulation between the parties, it is hereby ordered that the Deed of Trust recorded on July 17, 2006 between Ramon C. Quintero and Maria Luisa Barron as trustors and Marianne Matherly (Clerk of U.S. District Court) as beneficiary, regarding the real property located at 704 Bonneau Court, Patterson, California, 95363, which was executed and recorded for the sale purpose of posting a property bond for Guadalupe Barron is ordered reconveyed to Ramon C. Quintero and Maria Luisa Barron. The basis for this order is that defendant's home located at 532 Moray Way in Patterson, California was the collateral utilized for Guadalupe Barron's property bond.

It is so stipulated.

Assistant U.S. Attorney

It is so stipulated.

Berndt Ingo Brauer
Attorney for Guadalupe Barron

It is so ordered.

Dated 8-28-06

JUDGE OF UNITED STATES
DISTRICT COURT