BERNDT INGO BRAUER
STATE BAR NO.: 96699
111 W. ST. JOHN STREET
SUITE 555
SAN JOSE, CALIFORNIA 95113
PH:408-275-1290 FAX 275-1396

Attorney for Defendant
GUADALUPE BARRON

FILED LODGED NOV 0 7 2006
NOV 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN UNITED STATES OF AMERICA DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:06-CR-247 AWI

| UNITED STATES OF AMERICA, | ) Case No. ~~1-06-MJ-00163-DLB~~ |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER FOR RELEASE OF PASSPORT |
| vs. | ) |
| GUADALUPE BARRON, RENE CASTENEDA, and HOMERO HERNANDEZ RUIZ | ) |
| Defendants | ) |

FOR GOOD CAUSE APPEARING IT IS HEREBY ORDERED that the United States passport taken from Lorena Barron by law enforcement agents is released to either Lorena Barron, or to Berndt Ingo Brauer, attorney for defendant Guadalupe Barron.

Dated: 11/7/2006

_____
~~JUDGE OF THE UNITED STATES DISTRICT COURT~~
US Magistrate Judge

-1-

Order for Return of Passport