|     |     |
| --- | --- |
| 1   | BERNDT INGO BRAUER |
|     | STATE BAR NO.: 096699 |
| 2   | 111 W. ST. JOHN STREET |
|     | SUITE 555 |
| 3   | SAN JOSE, CALIFORNIA 95113 |
|     | PH:408-275-1290 FAX 275-1396 |
| 4   |     |
| 5   | Attorney for Defendant |
|     | GUADALUPE BARRON |

FILED
JUL - 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1-06-CR247 AWI |
| Plaintiff, | ) (PROPOSED) |
|  | ) ORDER |
| vs. | ) |
| GUADALUPE BARRON | ) |
| Defendant | ) |

FOR GOOD CAUSE APPEARING it is hereby ordered that defendant Guadalupe Barron will be allowed to reside in Alameda County at the address of 107 Teddy Drive, Union City, California 94587. It is hereby ordered that Guadalupe Barron is required to report to the Pretrial Service Office in Oakland, California.

7-9-07

_____
UNITED STATES DISTRICT COURT JUDGE

-1-

Notice of Motion for Disclosure of Informant Information