McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENE CASTENEDA,<br><br>　　　　Defendant, and<br><br>JOSE M. BARRON and<br>ANA ERIKA BARRON,<br><br>　　　　Sureties. | 1:06-CR-247 AWI<br><br>ORDER DIRECTING ENTRY OF FINAL JUDGMENT OF FORFEITURE OF BOND |

　　　　The United States of America having moved for an order directing the Clerk of the United States District Court to enter judgment of default against the defendant Rene Casteneda and sureties, JOSE M. BARRON and ANA ERIKA BARRON, in the amount of Two Hundred Thousand Dollars ($ 200,000); and it appearing to the Court from the entire record that the requested relief should be granted,

　　　　IT IS HEREBY ORDERED, that the Clerk of the United States District Court is hereby directed to enter judgment against the defendant Rene Casteneda, as principal, and Jose M. Barron and Ana Erika Barron, as sureties , in the amount of Two Hundred Thousand Dollars ($ 200,000).

IT IS SO ORDERED.

Dated:   July 1, 2008　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1