LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-0247 AWI |
| ) | |
| Plaintiff, ) | ORDER RE: |
| ) | GOVERNMENT'S REQUEST FOR |
| ) | INDEPENDENT MEDICAL EXAMINATION |
| v. ) | |
| ) | |
| GUADALUPE AGUILAR BARRON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Having considered the defendant's notice of filing of his medical expert witness' psychiatric evaluation of the defendant and the government's request for an independent medical examination of the defendant,

IT IS HEREBY ORDERED THAT before the next court hearing on June 22, 2009, in this matter, the defendant shall submit to a medical examination of the government's medical expert at a mutually convenient time for the parties.

IT IS SO ORDERED.

**Dated:   May 22, 2009**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

1