LUPE MARTINEZ, CSB 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
(408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

BERNDT INGO BRAUER
Attorney at Law
111 West St. John Street, Suite 555
San Jose, California 95113
(408) 275-1290
FAX (408) 275-1396
bibrauer@aol.com

Attorneys for Defendant
GUADALUPE AGUILAR BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-000247-AWI |
| Plaintiff, | ORDER RE: STIPULATION TO CONTINUE |
| v. | DAUBERT HEARING; |
| GUADALUPE AGUILAR BARRON | |
| Defendant. | Honorable Anthony W. Ishi United States District Judge |

GOOD CAUSE APPEARING,

IT IS ORDERED that the hearing presently set for June 22, 2009 pursuant to *Daubert* v. *Merrill Dow*, 509 U.S. 579, (1993), is hereby continued to August 3, 2009 at 1:30 p.m.

///

///

///

Stipulation to Continue Daubert Hearing; Order       - 1 -

1   IT IS FURTHER ORDERED that time is excluded from the date of the filing of the
2  *Daubert* motion March 30, 2009 through August 3, 2009, under the Speedy Trial Act, 18
3  U.S.C. § 3161(h)(1)(A) , and 3161(h)(1)(F) 8)(A) and (B)(I) as well as 18 U.S.C.
4  3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 18, 2009**              _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE