LAWRENCE G. BROWN
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GUADALUPE AGUILAR BARRON,<br><br>　　　　Defendant. | CASE NO. 1:06-CR-247   AWI<br><br>STIPULATION TO CONTINUE DAUBERT HEARING<br><br>DATE:　　August 3, 2009<br>TIME:　　1:30 p.m.<br><br>HONORABLE Anthony W. Ishii<br>Untied States District Judge |

　　　　The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney, hereby stipulate and request that, subject to the Court's approval, the *Daubert* hearing presently scheduled for August 3, 2009 at 1:30 p.m. be continued to September 21, 2009 at 1:30 p.m.

　　　　This continuance is necessary to provide sufficient time for the government's expert consultant, Dr. Howespian, to complete the report of his evaluation of defendant Guadalupe Barron's examination. The report is needed by defendant and the government to effectively prepare for the *Daubert* hearing.

　　　　It is further stipulated that time be excluded from the date of the filing of the *Daubert* motion March 30, 2009 through September 21, 2009, under the Speedy Trial Act, 18 U.S.C. §

1  3161(h)(1)(A),  and 3161 (h)(1)(F)(8) and (B)(1) as well as 18 U.S.C. 3161(h)(B)(iv).

3  DATED: July 29, 2009                          LAWRENCE G. BROWN
                                                 Acting United States Attorney

                                           By:   /s/   Kathleen A. Servatius
                                                 KATHLEEN A. SERVATIUS
                                                 Assistant U.S. Attorney

   DATED: July 29, 2009

                                                  /s/ Lupe Martinez
                                                 LUPE MARTINEZ
                                                 Attorney for Defendant
                                                 Guadalupe Aguilar Barron

Stipulation to Continue Daubert Hearing;
Order                                            2

LAWRENCE G. BROWN
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-247 AWI |
| Plaintiff, | ORDER CONTINUING *DAUBERT* HEARING |
| v. | |
| GUADALUPE AGUILAR BARRON, | |
| Defendant. | |

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney, have stipulated to a continuance of the *Daubert* hearing in this case, currently set for August 3, 2009 be continued to September 21, 2009 at 1:30 p.m.

IT IS HEREBY ordered that the *Daubert* hearing in this case be continued until September 21, 2009.

IT IS SO ORDERED.

**Dated:   July 30, 2009**           /s/ Anthony W. Ishii
                         CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Daubert Hearing;
Order                                      3