LAWRENCE G. BROWN
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-000247-AWI |
| Plaintiff, | ORDER RE: STIPULATION TO CONTINUE DAUBERT HEARING; |
| v. | |
| GUADALUPE AGUILAR BARRON | Honorable Anthony W. Ishii |
| Defendant. | United States District Judge |

GOOD CAUSE APPEARING,

IT IS ORDERED that the hearing presently set for September 21, 2009 pursuant to *Daubert* v. *Merrill Dow*, 509 U.S. 579, (1993), is hereby continued to October 13, 2009 at 1:30 p.m.

IT IS FURTHER ORDERED that time is excluded from the date of the filing of the *Daubert* motion through hearing on October 13, 2009, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A) , and 3161(h)(1)(F) 8)(A) and (B)(I) as well as 18 U.S.C. 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   September 17, 2009**           /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Daubert Hearing;           - 1 -
Order