LUPE MARTINEZ, CSB 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
(408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

BERNDT INGO BRAUER
Attorney at Law
111 West St. John Street, Suite 555
San Jose, California 95113
(408) 275-1290
FAX (408) 275-1396
bibrauer@aol.com

Attorneys for Defendant
GUADALUPE AGUILAR BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-000247-AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | ORDER |
| GUADALUPE AGUILAR BARRON | |
| Defendant. | Honorable Anthony W. Ishi<br>United States District Judge |

Defendant Guadalupe Aguilar Barron and the government through their respective counsel, Lupe Martinez and Berndt Ingo Brauer and Assistant United States Attorney Kathleen Servatius, agree and stipulate that the sentencing hearing set for January 11, 2010 be continued to February 22, 2010 at 11:00 a.m.  The requested continuance will permit the parties to schedule a Safety Valve debriefing of defendant pursuant to U.S.S.G. 5C1.2 and allow sufficient time for the Probation Officer to consider additional materials submitted by

Stipulation to Continue Sentencing; Order         - 1 -

defendant to the Probation Officer on December 31, 2009. The Deputy Courtroom Clerk has advised that the date of February 11, 2010 at 11:00 a.m. is available on the Court's calendar.

Dated: January 06, 2010

          s/s Lupe Martinez

          LUPE MARTINEZ
          Attorney for defendant Guadalupe A. Barron

Dated: January 06, 2010        s/s Kathleen Servatius

          KATHLEEN SERVATIUS
          Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that sentencing in the above-entitled case presently set for January 11, 2010 be continued to February 22, 2010 at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   January 7, 2010**          /s/ Anthony W. Ishii
          CHIEF UNITED STATES DISTRICT JUDGE