LUPE MARTINEZ, CSB 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
(408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

BERNDT INGO BRAUER
Attorney at Law
111 West St. John Street, Suite 555
San Jose, California 95113
(408) 275-1290
FAX (408) 275-1396
bibrauer@aol.com

Attorneys for Defendant
GUADALUPE AGUILAR BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-06-000247-AWI |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | |
| GUADALUPE AGUILAR BARRON | |
| Defendant. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing in the above-entitled case presently set for February 22, 2010 is hereby continued to March 15, 2010 at 11:00 a.m. in Courtroom 2, so that a Safety Valve debriefing of the defendant pursuant to U.S.S.G. Section 5C1.1 can be scheduled.

IT IS SO ORDERED.

**Dated:   February 16, 2010**           /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

Order Continuing Sentencing            - 1 -