LUPE MARTINEZ, CSB 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
(408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

BERNDT INGO BRAUER
Attorney at Law
111 West St. John Street, Suite 555
San Jose, California 95113
(408) 275-1290
FAX (408) 275-1396
bibrauer@aol.com

Attorneys for Defendant
GUADALUPE AGUILAR BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| UNITED STATES OF AMERICA, | ) CR-06-000247-AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| v. | ) ORDER |
| GUADALUPE AGUILAR BARRON | ) |
| Defendant. | ) Honorable Anthony W. Ishi United States District Judge |

Defendant Guadalupe Aguilar Barron and the government through their respective counsel, Lupe Martinez and Assistant United States Attorney Kathleen Servatius, agree and stipulate that the sentencing hearing set for March 15, 2010 be continued to March 22, 2010 at 11:00 a.m.

The parties further stipulate that the requested continuance is necessary because defense counsel Lupe Martinez is scheduled to begin a jury trial in the San Mateo County Superior

Stipulation to Continue Sentencing; Order          - 1 -

Court, Redwood City, California on March 15, 2010 in the case entitled *People v. Natalie Franco*, Case No.SM 364875A.  The requested one-week continuance will permit lead defense counsel to be present for sentencing.

Finally, the parties stipulate that all sentencing issues have been agreed to by defendant and the government.

Dated: March 11, 2010

s/s Lupe Martinez

LUPE MARTINEZ
Attorney for defendant Guadalupe A. Barron

Dated: March 11, 2010                s/s Kathleen Servatius

KATHLEEN SERVATIUS
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that sentencing in the above-entitled case presently set for March 15, 2010 be continued to March 22, 2010 at 11:00 a.m..

IT IS SO ORDERED.

**Dated:   March 11, 2010**                /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing; Order            - 2 -