BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290   FAX:  (408) 275-1396

Attorney for Defendant
GUADALLUPE AGUILAR BARRON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No.: 1-06-CR247 AWI |
|                        )  | |
|        Plaintiff,                    ) | **ORDER TO EXONERATE BOND** |
|                        )  | |
|     vs.                              ) | |
|                        )  | |
| GUADALLUPE AGUILAR BARRON            ) | |
|        Defendants                    ) | |
|                        )  | |

The Court having read and considered the declaration of Berndt Ingo Brauer and the exhibits and records attached thereto, and

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the property bond for $250,000.00 set by the Court on August 28, 2006 pertaining to the Deed of Trust for 532 Moray Way, Patterson, CA 95363 (APN:  048-045-037) filed by Trustors Lorena Barron, Eva Barron, and Gumercindo Barron with the Stanislaus County Clerk-Recorder on July 21, 2006 as document number 010932600 is hereby exonerated.

IT IS SO ORDERED.

Dated:   June 17, 2010         _____
                               CHIEF UNITED STATES DISTRICT JUDGE

-1-

**Order to Exonerate Bond**