# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:06-cr-00247-DAD |
|---|---|
| Plaintiff, | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| GUADALUPE AGUILAR BARRON, | (Doc. No. 147) |
| Defendant. | |

Counsel on behalf of defendant has filed a noticed motion seeking an early termination of defendant's supervised release term. (Doc. No. 147.) A statement of non-opposition has been filed by the government. (Doc. No. 150.) Although not addressed in the motion, the court has confirmed that the U.S. Probation Office has no objection to the motion as well. Accordingly, and good cause appearing, the motion for early termination of defendant Barron's supervised release term (Doc. No. 147) is granted and the hearing on the motion scheduled for November 20, 2017, is vacated.[1]

IT IS SO ORDERED.

Dated: **November 17, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

---

[1] Counsel is advised in the future to first consult the U.S. Probation Office so that a request for early termination may be submitted for court approval where there is no opposition. A noticed motion should be filed only where there is opposition by the either the U.S. Attorney's Office or the U.S. Probation Office.

1